```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0191--CV (JWS)
                  "PETRO N. BASARGIN V CCA INC ET AL"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 08/11/05
             Closed: 10/18/05

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

      Nature of Suit: (440) Other Civil Rights
                     VIOLATION OF 1ST & 14TH AMENDMENT
             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $250.00 on 08/11/05 receipt # 00126353
           Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | BASARGIN, PETRO N. | Petro N. Basargin<br>Pro Per<br>CCA/FCC<br>POB 6200<br>Florence, AZ 85232 |
| DEF 1.1 | CORRECTIONS CORP OF AMERICA INC | Michael D. Corey<br>Sandberg Wuestenfeld et al<br>701 W. 8th Avenue, Suite 1100<br>Anchorage, AK 99501<br>907-276-6363<br>FAX 907-276-3528 |
| DEF 2.1 | GOSS, D. | Michael D. Corey<br>(see above) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0191--CV (JWS)
                          "PETRO N. BASARGIN V CCA INC ET AL"

                                    For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/11/05
            Closed: 10/18/05

     Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    VIOLATION OF 1ST & 14TH AMENDMENT
            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 08/11/05 receipt # 00126353
          Trial by: Jury
```

```
Document #   Filed       Docket text

    1 -  1   08/11/05    DEF 1-2 Notice of Removal from District Court for the State of Alaska
                         case no. 3AN-05-2546SC.

    2 -  1   08/11/05    DEF 1-2 Notice of filing district  court file w/att exhs.

    3 -  1   08/11/05    DEF 1-2 Service List.

    4 -  1   08/11/05    DEF 1 Disclosure Statement.

    5 -  1   08/12/05    JWS Minute Order to Petitioners Subsequent to Removal.  Petitioners to
                         file w/court w/i 10 days copies of state court docs and svc list. cc:
                         cnsl

    6 -  1   08/18/05    JWS Order Plf to follow LR 10.1 as stated. No party shall have ex-parte
                         communiction with the USDJ or MJ of this court.  Clerk to send a copy of
                         the Court's mot form, PS15 to plf.  Plf shall keep the court informed of
                         any change of address. The clerk is directed to send plf a copy of the
                         pro se handbook to plf.   cc: P. Basargin, PSLC

    7 -  1   08/18/05    DEF 1-2 Answer to Complaint.

    8 -  1   08/18/05    DEF 1-2 Jury Demand.

    9 -  1   08/19/05    JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

   10 -  1   08/26/05    DEF 1-2 motion to tranfer case  to USDC Arizona.

   11 -  1   09/12/05    PLF 1 opposition to DEF 1-2 motion to tranfer case  to USDC Arizona
                         (10-1) w/att aff.

   12 -  1   09/15/05    DEF 1-2 Scheduling and Planning Report.

   13 -  1   09/16/05    DEF 1-2 reply to opposition to DEF 1-2 motion to tranfer case  to USDC
                         Arizona (10-1).

   14 -  1   09/23/05    JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                         02/17/06; Dispositive mots ddln 03/17/06; 2 day TBJ estimate. cc: cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0191--CV (JWS)
                          "PETRO N. BASARGIN V CCA INC ET AL"
```

| | | For all filing dates |

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 09/27/05 | PLF 1 Scheduling & Planning Report. |
| 16 - 1 | 10/11/05 | PLF 1 Preliminary Witness List. |
| 17 - 1 | 10/18/05 | JWS Order granting motion to tranfer case to USDC Arizona (10-1). cc: cnsl, Clerk-District of Arizona |
| 18 - 1 | 10/31/05 | PLF 1 motion for reconsideration of order from chambers re: motion at docket 10 w/att memo & aff. |
| 19 - 1 | 11/01/05 | JWS Minute Order denying mot for reconsideration of ord from chambers re: mot @ dkt 10 (18-1). cc: cnsl |